UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIA L. HICIANO,

                Plaintiff,

-v.-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

24 Civ. 06693 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On September 10, 2024, the Court ordered the parties to confer as to whether they consent to proceeding before the designated Magistrate Judge. *See* ECF No. 7. The Court instructed the parties to submit, "**within two weeks of the date on which Defendant enter[ed] an appearance**," either an executed consent form or a joint letter. *See id.* (emphasis in original).

Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's July 29 Order forthwith, and in no event later than **October 9, 2024**.

SO ORDERED.

Dated: October 4, 2024
       New York, New York

                                          JENNIFER H. REARDEN
                                          United States District Judge