UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIA HICIANO o/b/o M.O.G.H.,

            Plaintiff,

    -v-

THE COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION.,

            Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/2025

**ORDER**

24-CV-6693 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Plaintiff Julia Hiciano, proceeding *pro se*, commenced this action on behalf of her child M.O.G.H. against the Commissioner of the Social Security Administration (the "Commissioner"), alleging that the Commissioner improperly terminated M.O.G.H.'s benefits. The Commissioner filed a motion to dismiss, under Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim on December 17, 2025. On March 20, 2025, the Court granted the Commissioner's motion and the case was dismissed. Plaintiff was granted leave to amend her complaint within 30 days. ECF No. 17.

    Plaintiff has not filed an amended complaint within 30 days or otherwise communicated with the Court. Accordingly, the Clerk of Court is respectfully directed to close the case.

    **SO ORDERED.**

Dated: August 5, 2025
       New York, New York

_____
Hon. Henry J. Ricardo
United States Magistrate Judge

1